C. A. No. 78-234. STATE *v.* LOUIS R. CIARLO. The petition to reargue is denied.

Mr. Chief Justice Bevilacqua and Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *Faith A. LaSalle,* Special Assistant Attorney General, for plaintiff-respondent, *John J. Bevilacqua, Thomas A. Tarro III,* for defendant-petitioner.

Appeal No. 79-424. RITA G. DALPE *v.* WILLIAM C. DALPE. The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

Mr. Justice Doris did not participate. *Ralph R. Ryan,* for plaintiff, *Carroll, McHugh & Pirraglia, John G. Carroll,* for defendant.

February 4, 1980.

Appeal No. 79-142. RONALD BELL *et al. v.* ZONING BOARD OF REVIEW OF THE CITY OF EAST PROVIDENCE *et al.* The plaintiffs appeared in response to a Show Cause Order issued by this court on November 29, 1979 to show cause why the appeal should not be dismissed since review of a Superior Court judgment in a zoning case can only be obtained by petition for writ of certiorari.

There having been no cause shown, the appeal is hereby dismissed and the papers remanded to the Superior Court.

Mr. Justice Doris did not participate. *Anthony E. Grilli,* for plaintiffs, *Joseph B. Carty, Jr.,* for defendants.